IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY ASKERNEESE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NISOURCE, INC. and COLUMBIA** | : | **NO. 12-7167** |
| **GAS OF PENNSYLVANIA, INC.** | : | |

## ORDER

**AND NOW**, this 4th day of April, 2013, upon consideration of the Defendants' Motion to Dismiss or Transfer Venue (Document No. 4), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the Western District of Pennsylvania.

      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.